# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES FIELD AND LAURA FIELD** | * | **CIVIL ACTION NO. 3:22-cv-00812** |
| | * | |
| **VERSUS** | * | **JUDGE: SHELLY D. DICK** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |
| | * | |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW COME Plaintiffs, James Field and Laura Field, and Defendant, State Farm Fire and Casualty Company, who jointly move the Court to enter the proposed Stipulated Protective Order attached hereto as Attachment 1. The parties consent to the entry of the proposed Stipulated Protective Order as evidenced by the signatures of their counsel below.

| **BROUSSARD WILLIAMSON** | **ADAMS AND REESE LLP** |
|---|---|
| */s/ Myles D. Ranier* | */s/ Kellen J. Mathews* |
| Myles D. Ranier (30029) | Kellen J. Mathews (#31860) |
| C. Barrett Rice (30034) | William D. Shea (#29419) |
| Jennifer David Khouri (37092) | Christopher D. Joseph, Jr. (#38293) |
| 321 Veterans Memorial Boulevard, Suite 205 | 450 Laurel Street, Suite 1900 |
| Metairie, Louisiana 70005 | Baton Rouge, Louisiana 70801 |
| (504) 264-5559 New Orleans Main | Telephone: (225) 336-5200 |
| (337) 439-2450 Lake Charles Main | Facsimile: (225) 336-5220 |
| (504) 264-5575 Facsimile | Email: kellen.mathews@arlaw.com |
| myles@bwtriallawyers.com | Email: william.shea@arlaw.com |
| barrett@bwtriallawyers.com | Email: christopher.joseph@arlaw.com |
| jen@bwtriallawyers.com | |
| | ***ATTORNEYS FOR DEFENDANT*** |
| ***ATTORNEYS FOR PLAINTIFFS*** | |

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon Plaintiffs and all counsel of record in this matter as indicated below:

| | | | |
|---|---|---|---|
| ( **X** ) | CM/ECF | ( ) | Prepaid U. S. Mail |
| ( ) | Facsimile | ( ) | Electronic Mail |
| ( ) | Hand Delivery | | |

this 27th day of July, 2023.

*/s/Kellen J. Mathews*
Kellen J. Mathews